**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7387**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RYAN LAMAR HOLLAND,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:10-cr-00445-TDS-1)

Submitted:  May 20, 2021                          Decided:  May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

EJ Hurst II, Lexington, Kentucky, for Appellant.  Matthew G. T. Martin, United States Attorney, Michael F. Joseph, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Lamar Holland appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Holland*, No. 1:10-cr-00445-TDS-1 (M.D.N.C. Sept. 1, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*